UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------X
                                    MEMORANDUM AND
                                         ORDER
                                    02-CV-2052 (JBW) 07-CV-613(CRJD)
                                    03-MISC-0066
DAVID GARCIA,                       Related to: 96-CV-03408
                                                99-CV-07657
            Petitioner,                         99-CV-01511
                                                99-CV-07329
                                                00-CV-00263

    -against-

VICTOR T. HERBERT, Superintendent of
Attica Correctional Facility,

            Respondent.


-----------------------------------X

JACK B. WEINSTEIN, *Senior District Judge*:

By letter dated January 26, 2007, petitioner, David Garcia, provides reasons why the writ of habeas corpus should be granted. The Clerk of the Court shall issue a new civil docket number without prepayment of fees. Petitioner may proceed in forma pauperis.

David Garcia's original petition was dismissed by this court with a judgment and a memorandum filed October 10, 2003. The petition was denied by the Court of Appeals for the Second Circuit by mandates filed May 17 and 18, 2004. This court then denied a motion for reconsideration by memorandum and order dated July 19, 2004.

The clerk of this court shall treat the letter of January 26,

2007 as a second petition for a writ of habeas corpus and transfer it to the Court of Appeals for the Second Circuit as an application to authorize the district court to proceed. This court lacks power to act without permission from the Court of Appeals for the Second Circuit. See 28 U.S.C. § 2244 (b)(3).

SO ORDERED.

JACK B. WEINSTEIN
SENIOR UNITED STATES DISTRICT JUDGE

Dated: Brooklyn, New York
February 7, 2007